UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE, | CASE NO. 2:23-cv-455 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRADFORD WHITE CORPORATION, | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

MINUTE ORDER - 1

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

The clerk is ordered to provide copies of this order to all counsel.

Filed April 24, 2024.

                              Ravi Subramanian
                              Clerk of Court

                              s/Kathleen Albert
                              Deputy Clerk

MINUTE ORDER - 2